IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

C.S., FATHER OF L.M.K.,
MINOR CHILD,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2184

_____/

Opinion filed August 8, 2017.

An appeal from the Circuit Court for Holmes County.
Christopher N. Patterson, Judge.

Richard Hinds, Panama City, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Laura J. Lee, Guardian ad
Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.